GEORGE GISE et al., Infants, by HANNAH KENNY, Their
Guardian ad Litem, Appellants, *v.* BROOKLYN SOCIETY
FOR THE PREVENTION OF CRUELTY TO CHILDREN,
Respondent.

Argued October 15, 1937; decided November 16, 1937.

*George F. Curtis* for appellants.

*Harry G. Hill* and *Dimitri G. S. Eristoff* for respondent.

Judgment affirmed, without costs. Motion dismissed, without costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.